**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1363**

---

AMERICAN MONUMENT FOUNDATION, L.L.C.,

Plaintiff - Appellee,

versus

BRETT LIVINGSTONE STRONG,

Defendant - Appellant,

and

COMMERCIAL MOVING & RIGGING, INCORPORATED;
WILLIAMS EQUIPMENT CORPORATION; WILLIAMS
INDUSTRIES, INCORPORATED,

Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-02-897-A)

---

Submitted: December 17, 2003        Decided: June 16, 2004

---

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rachel L. Semanchik, Thomas O. Mason, WILLIAMS MULLEN, McLean,
Virginia, for Appellant.  N. Thomas Connally, HOGAN & HARTSON
L.L.P., McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brett Livingstone Strong appeals from the district court's order granting Plaintiff's motion for summary judgment and the magistrate judge's order granting Plaintiff's motion for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Am. Monument Found., LLC v. Strong, No. CA-02-897-A (E.D. Va. filed Feb. 12, 2003; entered Feb. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED